UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS PRINCE,

Plaintiff,

v.

NEVRO CORPORATION, et al.,

Defendants.

Case No. 26-cv-12733-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

This case is hereby **REFERRED** to the Honorable Haywood S. Gilliam, Jr. under Civil Local Rule 3-12(c) for consideration of whether it is related to *In re: Nevro Corporation Spinal Cord Stimulator Products Liability Litigation*, 26-md-03195-HSG.

**IT IS SO ORDERED.**

Dated: November 4, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California