UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHY NUTT-ZELLMER**<br>**Plaintiff,**<br>**vs.**<br>**NEVRO CORPORATION, GLOBUS MEDICAL, INC.**<br>**Defendant(s).** | **Case No.: 4:26-CV-10923-YGR**<br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Haywood S. Gilliam, Jr. *sua sponte* to consider whether it is related to *In re: Nevro Corporation Spinal Cord Stimulator Products Liability Litigation*, 4:26-md-03195-HSG. **IT IS SO ORDERED.**

**Date**: November 4, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California