**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***IN RE: NEVRO CORP. SPINAL CORD STIMULATOR PRODS. LIAB. LITIG.***
**26-MD-03195-HSG**
**ORDER RE: MDL MEMBER CASES**

Multiple judicial referrals for the purpose of determining the relationship of cases have been filed. Dkt. Nos. 17–19. As the judge assigned to *In re: Nevro Corporation Spinal Cord Stimulator Products Liability Litigation* (26-md-03195-HSG), I find that the cases below should be member cases of the multi-district litigation. Accordingly, these cases **SHALL** be reassigned to the undersigned and designated member cases.

| Case | Name |
|---|---|
| 26-cv-10923-YGR | *Nutt-Zellmer v. Nevro Corp.* |
| 26-cv-12034-SK | *Clinton v. Nevro Corp.* |
| 26-cv-12733-TSH | *Prince v. Nevro Corp.* |

The parties are **INSTRUCTED** that all future filings are to bear the initials of the newly assigned judge immediately after the case number. The parties are **ADVISED** that the reassigned cases are subject to the Orders and schedule in Case No. 26-md-03195-HSG, including Amended Pretrial Order No. 1 docketed on October 30, 2026, Dkt. No. 16, and **SHALL** review the same.

Dated: November 5, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge