United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MONTGOMERY,<br>Plaintiff,<br>v.<br>NEVRO CORPORATION, et al.,<br>Defendants. | Case No. 26-cv-14147-PHK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Judge Haywood S. Gilliam, Jr. for consideration of whether the case is related to *In re: Nevro Corporation Spinal Cord Stimulator Products Liability Litigation*, Case No. 4:26-md-03195-HSG.

**IT IS SO ORDERED.**

Dated: November 23, 2026

PETER H. KANG
United States Magistrate Judge